United States Bankruptcy Court
District of Maryland

In re:                                                                                           Case No. 11-29380-RAG
PJCOMN Acquisition Corporation                                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1            User: vharper              Page 1 of 2              Date Rcvd: Oct 18, 2011
                                Form ID: pdfparty          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2011.
db           +PJCOMN Acquisition Corporation,    1050 Hull Street, Suite 100,   Baltimore, MD 21230-5369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Oct 18 2011 21:35:42     Office of the U.S. Trustee,
               101 W. Lombard Street,   Suite 2625,   Baltimore, MD 21201-2668
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2011**                         **Signature:**       _Joseph Speetjens_

```
District/off: 0416-1           User: vharper              Page 2 of 2                   Date Rcvd: Oct 18, 2011
                               Form ID: pdfparty          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2011 at the address(es) listed below:
              Craig B. Young     on behalf of Creditor   GECPAC Investment I, Inc.   craig.young@kutakrock.com,
               michael.condyles@kutakrock.com,jeremy.williams@kutakrock.com,neo.tran@kutakrock.com
              Dennis J. Shaffer     on behalf of Creditor   Papa John's International   dshaffer@wtplaw.com,
               kmccruden@wtplaw.com
              Jennifer M. Blunt     on behalf of Creditor   GECPAC Investment I, Inc.
               jennifer.blunt@kutakrock.com,   Pamela.germas@kutakrock.com,Kristin.ayers@Kutakrock.com,
               Andrew.Whealy@kutakrock.com,kimberly.pierro@Kutakrock.com,michael.condyles@kutakrock.com,
               blair.kanis@kutakrock.com,chad.nitta@kutakrock.com
              Keith R. Havens    on behalf of Creditor   Global Investigative Services, Inc.
               Keith.R.Havens@HavensLawFirm.com,   Jackie.McFarlane@HavensLawFirm.com
              Lawrence Joseph Yumkas     on behalf of Debtor   PJCOMN Acquisition Corporation
               lyumkas@loganyumkas.com,   cbuell@loganyumkas.com,pgomez@loganyumkas.com
              Matthew G. Summers     on behalf of Creditor   Brixmor Property Group, Inc.
               summersm@ballardspahr.com
              Steven M. Sakamoto-Wengel     on behalf of Creditor   Colorado Department of Revenue
               stevesw@oag.state.md.us
              US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
                                                                                             TOTAL: 8
```

**SO ORDERED**
**Deadline is extended to October 31, 2011.**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   11−29380 − RAG     Chapter:   11

PJCOMN Acquisition Corporation
1050 Hull Street, Suite 100
Baltimore, MD 21230

# NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, AND SCHEDULES
(for non−individual debtor(s))

The Debtor(s)' motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file **the Statement of Financial Affairs, Schedules A,B,D,E,F,G,H and Summary of Schedules** is extended to the date designated above; and it is further

ORDERED, that when filing **the Statement of Financial Affairs, Schedules A,B,D,E,F,G,H and Summary of Schedules** the Debtor(s) must certify that service of a copy has been made on the United States Trustee; and

DEBTOR(S) IS/ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Lawrence Joseph Yumkas
      U.S. Trustee

**22.3 –** *vharper*

## End of Order