

_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| PJCOMN ACQUISITION CORPORATION | * | Case No: 11-29380-RAG |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN DEBTOR AND PARTIES IN INTEREST

Upon consideration of the Debtor's Motion for Approval of Settlement and Compromise between Debtor and Parties in Interest (the "Motion"), and after due notice and a hearing, and the Court, having considered all factors bearing on the wisdom of the compromise, finding good cause to grant the relief requested, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

      1.      That the Motion is GRANTED.

      2.      That the Settlement Agreement as identified in the Motion is hereby APPROVED.

      3.      That nothing in the Settlement Agreement or this Order shall modify the Debtor's obligation to continue to pay post-petition rent for leased premises pursuant to § 365(d)(3) of the Bankruptcy Code or a landlord's right to seek to compel payment of post-petition rent in the event such is not paid.  Further, nothing in the Settlement Agreement or this Order shall modify the right of the Debtor's landlords to receive payment to cure monetary

- 2 -

defaults under leases which the Debtor seeks to assume and assign to any purchaser of the Debtor's assets pursuant to § 365(a) of the Bankruptcy Code, which cure amounts the Debtor shall require to be paid directly by any purchaser.

cc: Lawrence J. Yumkas, Esquire
Logan, Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland  21401

John H. Bernstein, Esquire
Adam L. Hirsch, Esquire
Kutak Rock LLP
1801 California Street, Suite 3100
Denver, Colorado 80202-2658

Jennifer M. Blunt, Esquire
Craig B. Young, Esquire
Kutak Rock LLP
1101 Connecticut Avenue, N.W., Suite 1000
Washington, D.C.  20036-4374

Scott W. Foley, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201-3147

Alan M. Grochal, Esquire
Catherine Keller Hopkin, Esquire
Maria Ellena Chavez-Ruark, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202

Edmund A. Goldberg, Esquire
Office of the U.S. Trustee
101 West Lombard Street, Suite 2650
Baltimore, Maryland  21201

Keith R. Havens, Esquire
Havens and Associates
2401 Research Boulevard, Suite 308
Rockville, Maryland  20850

Steven N. Leitess, Esquire
Leitess, Leitess Friedberg & Fedder P.C.
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland  21117

- 3 -

Jeffrey Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California  90067-4100

Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, Delaware  19801

Steven M. Sakamoto-Wengel, Esquire
Consumer Protection Division
Office of the Attorney General
200 St. Paul Place, Sixteenth Floor
Baltimore, Maryland  21202

Gilbert R Saydah, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York  10930

Dennis J. Shaffer, Esquire
Whiteford Taylor Preston, LLP
7 Saint Paul Street
Baltimore, Maryland  21202

Matthew G. Summers, Esquire
Timothy F. McCormack, Esquire
Michelle McGeogh, Esquire
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland  21202

**END OF ORDER**