# **EXHIBIT A**

Case 11-29380    Doc 529-3    Filed 08/16/13    Page 1 of 10

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 4 | Valassis Direct Mail Inc. | Valassis Direct Mail Inc.<br>235 Great Pond Drive<br>Windsor, CT 06095 | $45,101.69 | $7,684.37 |
| 5 | General Parts | General Parts<br>11311 Hampshire Ave. S.<br>Bloomington, MN 55438-2456 | $3,749.68 | $638.87 |
| 6 | Coca-Cola Refreshments USA, Inc. | Coca-Cola Refreshments USA, Inc.<br>521 Lake Kathy Drive<br>Brandon, FL 33510 | $84,469.04 | $14,391.73 |
| 7 | Fidelity Communications | Richard Stanbridge<br>41252 Vincenti Ct.<br>Novi, MI 48375 | $16,476.31 | $2,807.21 |
| 9 | Northern States Power Co. | Northern States Power Co., a Minnesota Corporation, DBA Xcel Energy<br>PO Box 727<br>La Crosse, WI 54602 | $21,594.84 | $3,679.30 |
| 10 | Atmos Energy Corporation | Attn: Bankruptcy Group<br>Atmos Energy Corporation<br>P.O. Box 650205<br>Dallas, TX 75265-0205 | $667.66 | $113.76 |
| 11 | Office Depot | Office Depot<br>6600 N. Military Trail - S401F<br>Boca Raton, FL 33496 | $1,599.77 | $272.57 |
| 12 | CenterPoint Energy | CenterPoint Energy<br>P.O. Box 1700<br>Houston, TX 77251 | $9,606.72 | $1,636.78 |
| 13 | Global Investigative Services, Inc. | Global Investigative Services, Inc.<br>1109 Spring Street<br>Suite 401<br>Silver Spring, MD 20910 | $12,616.89 | $2,149.65 |

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 14 | Wilks Broadcast Denver LLC | Wilks Broadcast Denver LLC<br>720 South Colorado Blvd.<br>Ste 1200 North<br>Denver, CO 80246 | $21,409.50 | $3,647.72 |
| 16 | Triple One Investments LLC | Triple One Investments, LLC<br>13211 Wild Basin Way<br>Broomfield, CO 80020 | $14,640.62 | $2,494.45 |
| 17 | Universal Atlantic Systems Inc. | Universal Atlantic Systems Inc.<br>700 Abbott Drive<br>Broomall, PA 19008 | $6,569.09 | $1,119.23 |
| 20 | FedEx Tech Connect Inc as Assignee of FedEx Express/Ground/Freight | FedEx Tech Connect Inc. as Assignee of Federal Express Corporation/FedEx Group Package Systems, Inc./FedEx Freight, Inc./FedEx Office and Print Services, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd., Module G, 3rd Floor<br>Memphis, TN 38115 | $9,871.99 | $1,681.98 |
| 32 | Xerox Corporation | Xerox Corporation<br>Attn: Vanessa Adams<br>1301 Ridgeview Drive-450<br>Lewisville, TX 75057 | $13,551.94 | $2,308.96 |
| 37 | Papa John's International, Inc. | Papa John's International, Inc.<br>2002 Papa John's Boulevard<br>Louisville, KY 40299 | $350,000.00 | $59,632.57 |
| 48 | Presto-X | Presto-X<br>24427 Network Place<br>Chicago, IL 60673-1244 | $1,210.00 | $206.16 |
| 59 | QND Investment Company | QND Investment Company<br>P.O. Box 63051<br>Colorado Springs, CO 80962 | $77,077.91 | $13,132.44 |

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 61 | Qwest Corporation | Qwest Corporation dba CenteryLink QC<br>Attn: Bankruptcy<br>1801 California St. Rm 900<br>Denver, CO 80202 | $16,961.90 | $2,889.95 |
| 62 | Embarq Minnesota, Inc. | Embarq Minnesota, Inc.<br>CenturyLink<br>Attn: Bankruptyc<br>1801 California St. Rm 900<br>Denver, CO 80202 | $6,907.90 | $1,176.96 |
| 63 | Wright-Hennepin Cooperative Electric Association | Wright-Hennepin Cooperative Electric Association<br>6800 Electric Drive<br>PO Box 330<br>Rockford, MN 55373 | $943.64 | $160.78 |
| 64 | Hopkins Mainstreet Inc. | Hopkins Mainstreet Inc.<br>750 2nd St NE #100<br>Hopkins, MN 55343 | $2,307.81 | $393.20 |
| 65 | Arrow Fence and Sign Co. | Arrow Fence and Sign Co.<br>18607 Hwy 65 NE Suite B<br>Cedar, MN 55011 | $1,720.00 | $293.05 |
| 66 | Public Service Company of Colorado | Dennis A. Schipper<br>Bankruptcy Account Specialist<br>Public Service Company of Colorado<br>1800 Larimer St., 15th Fl.<br>Denver, CO 80202 | $81,160.01 | $13,827.94 |
| 67 | KSTP-FM, LLC | KSTP-FM, LLC<br>PO Box 860014<br>Minneapolis, MN 55486-0014 | $26,674.00 | $4,544.68 |
| 75 | 7245 Pecos, LLC | 7245 Pecos, LLC<br>c/o Boxer & Associates, CPA'S, P.C.<br>8400 E. Prentice Ave, Suite 605<br>Greenwood Village, CO 80111 | $3,512.00 | $598.37 |

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 77 | Fedex Office | Fedex Office<br>P.O. Box 262682<br>Plano, TX 75026 | $854.78 | $145.64 |
| 78 | Arvada West 04, LLC | Arvada West 04, LLC<br>c/o ACF Property Management<br>12411 Ventura Blvd.<br>Studio City, CA 91604 | $2,392.46 | $407.62 |
| 79 | Woodbury City Center, LLC | Woodbury City Center, LLC<br>c/o Mid-America Real Estate-Minnesota LL<br>5353 Wayzata Blvd., Suite 650<br>Minneapolis, MN 55416 | $4,379.86 | $746.24 |
| 80 | Crossings at Maple Grove, LLC | Crossings at Maple Grove, LLC<br>c/o Mid-America Real Estate-Minnesota LL<br>5353 Wayzata Blvd., Suite 650<br>Minneapolis, MN 55416 | $4,154.63 | $707.86 |
| 85 | Eric Horowitz (Trustee of Eric Horowitz Trust) | Eric Horowitz<br>1906 Spreckles Lane<br>Redondo Beach, CA 90278 | $16,029.86 | $2,731.15 |
| 86 | Entercom Denver, LLC | Entercom Denver, LLC<br>d/b/a KALC, KOSI, KQMT and KEZW Radio<br>Attn: Business Manager<br>4700 S. Syracuse St. #1050<br>Denver, CO 80237 | $51,548.00 | $8,782.68 |
| 87 | Hall & Evans, LLC | Hall & Evans, LLC<br>Chris McGrath<br>1125 17th Street<br>Denver, CO 80202 | $70,500.33 | $12,011.76 |
| 88 | Global Fire and Safety | Global Fire and Safety<br>10975 East 47th Avenue<br>Denver, CO 80239 | $100.00 | $17.04 |

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 89 | Riverdale 2005, LLC | Riverdale 2005, LLC<br>c/o H.J. Development, Inc.<br>15600 Wayzata Boulevard, Suite 201<br>Wayzata, MN 55391 | $1,282.14 | $218.45 |
| 90 | Sun Life Assurance Company of Canada | Sun Life Assurance Company of Canada<br>CBRE Asset Services<br>8390 E. Crescent Parkway, Suite 300<br>Greenwood Village, CO 80111 | $2,501.08 | $426.13 |
| 91 | Mainstreet Crossing LLC | Mainstreet Crossing LLC<br>c/o Fabyanske, Westra, Hart & Thomson, P.A.<br>Attn: Gary C. Edison, Esquire<br>800 LaSalle Avenue, Suite 1900<br>Minneapolis, MN 55402 | $5,667.49 | $965.62 |
| 92 | BRE Retail Residual Owner 6 LLC | BRE Retail Residual Owner 6 LLC<br>Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>300 E. Lombard Street, 18th Floor<br>Baltimore, Maryland 21202 | $4,246.35 | $723.49 |
| 93 | Centro Bradley SPE 5 LLC | Centro Bradley SPE 5 LLC (Brixmor Property Group)<br>c/o Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>300 E. Lombard Street, 18th Floor<br>Baltimore, Maryland 21202 | $54,717.64 | $9,322.72 |
| 94 | BRE Retail Residual Owner 4 LLC | BRE Retail Residual Owner 4 LLC<br>Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>300 E. Lombard Street, 18th Floor<br>Baltimore, Maryland 21202 | $39,476.83 | $6,726.01 |

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 96 | Forest City Commercial Management, Inc | Forest City Commerical Management, Inc<br>Quebec Square SPE, LLC<br>1011 Paysphere Circle<br>Chicago, IL  60674 | $5,747.13 | $979.19 |
| 97 | Ft. Collins Partners I, LLC | Ft. Collins Partners I, LLC<br>c/o DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Oh 44122<br><br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178<br>Robert L. LeHane, Esquire | $4,098.26 | $698.26 |
| 98 | Ft. Collins Partners I, LLC | Ft. Collins Partners I, LLC<br>c/o DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Oh 44122<br>Attn: Eric Cotton, Assoc. General Counsel<br><br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178<br>Robert L. LeHane, Esquire | $830.79 | $141.55 |

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 99 | DDRA Eagan Promenade L.L.C. | DDRA Eagan Promenade L.L.C.<br>c/o DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Oh 44122<br>Attn: Eric Cotton, Assoc. General Counsel<br><br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Robert L. LeHane, Esquire | $593.36 | $101.10 |
| 100 | U.S. Retail Partners, LLC | U.S. Retail Partners, LLC<br>c/o Regency Centers, LP<br>One Independent Drive<br>Jacksonville, FL 32202<br>Attn: Ernst Bell, Esquire<br><br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Robert L. LeHane, Esquire | $18,352.44 | $3,126.87 |
| 101 | U.S. Retail Partners, LLC | U.S. Retail Partners, LLC<br>c/o Regency Centers, LP<br>One Independent Drive<br>Jacksonville, FL 32202<br>Attn: Ernst Bell, Esquire<br><br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Robert L. LeHane, Esquire | $50.76 | $8.65 |

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 102 | Inland Commercial Property Management, Inc. | Inland Commercial Property Management, Inc. c/o Menter, Rudin & Trivelpiece, P.C. Attn: Kevin M. Newman 308 Maltbie Street, Suite 200 Syracuse, NY 13204-1498 | $46,357.85 | $7,898.39 |
| 103 | Inland Commercial Property Management, Inc., as M.A. for Inland Champlin Marketplace LLC | Inland Commercial Property Management, Inc. c/o Menter, Rudin & Trivelpiece, P.C. Attn: Kevin M. Newman 308 Maltbie Street, Suite 200 Syracuse, NY 13204-1498 | $128.24 | $21.85 |
| 106 | John Ward | John Ward c/o Scott W. Foley, Esq. Shapiro, Sher Guinot & Sandler 36 S. Charles St., 20th Fl. Baltimore, MD 21201 | $4,612.89 | $785.94 |
| 107 | Brian Mills | Brian Mills 4541 Tierra Alta Drive Castle Rock, CO 80104 | $14,876.68 | $2,534.67 |
| 115 | Drake Crossing Retail Center, LLC | Drake Crossing Retail Center, LLC c/o Barbara Teich, Property Manager 8390 E. Cresent Parkway, Suite 300 Greenwood Village, CO 80111 | $38,317.23 | $6,528.44 |
| 116 | Sid Harvey Industries, Inc. | Sid Harvey Industries, Inc. 605 Locust Street Garden City, NY 11530-6531 | $531.47 | $90.55 |
| 127 | Dial Realty – Cheyenne Mountain II, LLC | Dial Realty – Cheyenne Mountain II, LLC c/o Kelly Clay, Griffis/Blessing, Inc. 102 N. Cascade Ave, Fifth Floor Colorado Springs, CO 80903 | $16,245.50 | $2,767.89 |

| Claim Number | Creditor | Address | Amount Claimed | Pro Rata Distribution |
|---|---|---|---|---|
| 129 | Minnetonka Park Mall LLC | Minnetonka Park Mall LLC<br>2723 Meadow Place<br>Minnetonka, MN 55305 | $3,536.66 | $602.57 |
| 133 | Brookline-Rainbow, LLC; Infinity Rainbow, LLC; Victorville-Blaine, LLC c/o Brookline Development Company, LLC | Brookline-Rainbow, LLC; Infinity Rainbow, LLC;<br>Victorville-Blaine, LLC<br>c/o Brookline Development Company, LLC<br>227 W. Fayette Street, Suite 300<br>Syracuse, NY 13202 | $1,239.87 | $211.25 |
| 139 | Littler Mendelson PC | Littler Mendelson PC<br>650 California Street, 20th Floor<br>San Francisco, CA 94108 | $20,281.23 | $3,455.49 |
| 142 | AT&T Services, Inc. | AT&T Services, Inc<br>James Grudus, Esquire<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | $67,827.04 | $11,556.29 |
| 144 | Martin Family Limited Partnership | Martin Family Limited Partnership<br>1439 Marilyn Way<br>Santa Maria, CA 93454 | $4,419.93 | $753.06 |
| 145 | City of Loveland | City of Loveland<br>500 E. 3rd St., Suite 100<br>Loveland, CO 80537 | $2,041.66 | $347.86 |
|  |  |  | $1,338,341.35 | $228,024.94<br>17.04% |